IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-00063-BNB

BOB ALLEN CUSTARD,

    Plaintiff,

v.

DAVID ALLRED, et al.,

    Defendants.

---

## MINUTE ORDER

---

ORDER ENTERED BY MAGISTRATE JUDGE BOYD N. BOLAND

    This matter is before the Court on numerous motions filed by Plaintiff on January 26, 2012. In one such motion (Doc. # 8), Plaintiff indicates that his case manager has refused to provide him with the Prisoner Complaint forms. Accordingly, to the extent that the motion requests that the Court send Prisoner Complaint forms, the motion (Doc. # 8) is GRANTED. **The Clerk of the Court is directed to mail to Plaintiff, along with a copy of this minute order, two copies of the court-approved Prisoner Complaint form.** To the extent the motion requests that the Court direct Plaintiff's case manager to provide him with the forms, or other injunctive relief, the motion is DENIED.

    Plaintiff's motion requesting that the Court appoint counsel, or place Plaintiff on a list for appointment of counsel (Doc. # 4), is DENIED as premature.

    Plaintiff has also filed two motions requesting that the Court clarify the requirements of Rule 8 of the Federal Rules of Civil Procedure (Docs. # 6 and # 9). Specifically, Plaintiff requests clarification on how many pages will be allowed in the Amended Complaint which he has been directed to file. First, Plaintiff is informed that the Court cannot provide legal advice. Plaintiff must comply with the requirements set forth in the January 20 Order to Show Cause and for Amended Complaint to the best of his abilities. Plaintiff, however, is informed that there is no page limit for his Amended Complaint. Instead, Plaintiff must attempt to provide clear and concise claims that are double-spaced and written legibly. The motions (Docs. # 6 and # 9) are DENIED as unnecessary, and because they request legal advice.

    Plaintiff's "Motion for Judicial Notice of 40% of Amputated & Severely Injured Writing Hand" (Doc. # 7) is DENIED as unnecessary. Plaintiff's remaining motion (Doc. # 5), in which he appears to question the certificate of mailing, is DENIED as

unintelligible.

Plaintiff will be provided **thirty (30) days** from the date of this minute order in which to respond to the Order to Show Cause and Order for Amended Complaint. Plaintiff is directed that the only proper filings at this time are a response to the Order to Show Cause and an Amended Complaint. Plaintiff's failure to file an Amended Complaint will result in the dismissal of this action without further notice.

Dated:  January 30, 2012