IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-00063-BNB

BOB ALLEN CUSTARD,

      Plaintiff,

v.

DAVID ALLRED, et al.,

      Defendants.

## MINUTE ORDER

ORDER ENTERED BY MAGISTRATE JUDGE BOYD N. BOLAND

      Plaintiff's "Motion to Withdraw 'Plaintiff's Motion for Court Order' . . . " (Doc. # 12) is DENIED as moot. The motion that Plaintiff seeks to withdraw (Doc. # 8) was granted in part and denied in part by minute order dated January 20, 2012.

      Dated: February 1, 2012