IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-00063-BNB

BOB ALLEN CUSTARD,

    Plaintiff,

v.

DAVID ALLRED, et al.,

    Defendants.

## MINUTE ORDER

ORDER ENTERED BY MAGISTRATE JUDGE BOYD N. BOLAND

    Plaintiff filed two motions on February 9, 2012, stating that he did not receive the Court's January 3, 2012 Minute Order and requesting that a copy of the minute order be sent to him. The Motions (Doc. Nos. 16 & 17) are GRANTED. The Clerk of the Court is directed to mail to Plaintiff, along with a copy of this minute order, a copy of the January 3, 2012 Minute Order (Doc. No. 10).

    Dated: February 13, 2012