IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-00063-BNB

BOB ALLEN CUSTARD,

    Plaintiff,

v.

DAVID ALLRED, et al.,

    Defendants.

## MINUTE ORDER

ORDER ENTERED BY MAGISTRATE JUDGE BOYD N. BOLAND

    This matter is before the Court on two motions filed by Plaintiff on February 22, 2012. In the first motion (Doc. # 21), Plaintiff requests that the Court inform him if it has received his Amended Complaint and Response to the Order to Show Cause. The motion is GRANTED. Plaintiff is informed that the Court received the Amended Complaint and Response to the Order to Show Cause on February 3, 2012.

    In the second motion (Doc. # 22), which is difficult to understand, Plaintiff refers to the Court's Order to File an Amended Complaint, filed on January 20, 2012. On Page 4 of that Order, the Court inadvertently referred to a "Mr. Flores" instead of "Mr. Custard". Plaintiff apparently believes that Mr. Flores is now a party to this action. Plaintiff is informed that the reference to "Mr. Flores" was a simple error, and that Mr. Flores is not a party to this action. The motion is DENIED because it does not request any relief from the Court. Further, Plaintiff is cautioned that his continual filing of frivolous and unintelligible motions is bordering on abusive, and is causing delay in the normal processing of his case.

    Dated: February 24, 2012