IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-00063-BNB

BOB ALLEN CUSTARD,

    Plaintiff,

v.

DAVID ALLRED,
BENJAMIN BRIESCHKE,
CLEMENTI,
MARK COLLINS,
COOK,
BLAKE DAVIS,
ANDREW FENLON,
FOSTER,
HUDDLESTON,
J. JOHNSON,
KELLAR,
RICHARD MADISON,
T. MANSPEAKER,
MITCHELL,
ANTHONY OSAGIE,
P. RANGEL,
STEVEN ROGERS,
SMITH,
TENA SUDLOW,
VANAMAN,
R. WILEY,
C.A. WILSON, and
BUREAU OF PRISONS,

    Defendants.

---

ORDER DRAWING CASE

---

    After review pursuant to D.C.COLO.LCivR 8.2C, the court has determined that this case does not appear to be appropriate for summary dismissal. Therefore, the

case will be drawn to a district judge and to a magistrate judge.  *See* D.C.COLO.LCivR 8.2D.  Accordingly, it is

ORDERED that this case shall be drawn to a district judge and to a magistrate judge.

DATED March 1, 2012, at Denver, Colorado.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge