IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-00063-REB-CBS

BOB ALLEN CUSTARD,
    Plaintiff,
v.

DAVID ALLRED, *et al.*,
    Defendants.

___

## ORDER

___

Magistrate Judge Craig B. Shaffer

This civil action comes before the court on Mr. Custard's "Motion to Correct Steven Rogers to Shawn Rogers as Defendant" (filed June 25, 2012) (Doc. # 114). Pursuant to the Order of Reference dated March 2, 2012 (Doc. # 27) and the memorandum dated June 26, 2012 (Doc. # 115), this matter was referred to the Magistrate Judge. The court having reviewed the Motion, the entire case file, and the applicable law and being sufficiently advised in the premises, IT IS ORDERED that:

    1.    "Motion to Correct Steven Rogers to Shawn Rogers as Defendant" (filed June 25, 2012) (Doc. # 114) is GRANTED. The Clerk of the Court shall terminate Defendant Steven Rogers and add Defendant Shawn Rogers.

    2.    The court will direct service of process on Defendant Shawn Rogers by a separate Order.

    DATED at Denver, Colorado, this 26th day of June, 2012.

                                                      BY THE COURT:

                                                      *s/Craig B. Shaffer*
                                                      United States Magistrate Judge