IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-00063-REB-CBS

BOB ALLEN CUSTARD,
        Plaintiff,
v.

DAVID ALLRED, *et al.*,
        Defendants.

---

ORDER FOR SERVICE BY UNITED STATES MARSHAL

---

Magistrate Judge Craig B. Shaffer

        This civil action is before the court for service of the Amended Prisoner Complaint (Doc. # 14) on Defendant Shawn Rogers, who was substituted in the case on June 26, 2012 (*See* Doc. # 119).  Pursuant to the Order of Reference dated March 3, 2012 (Doc. # 27), this case was referred to the Magistrate Judge.  On February 27, 2012, the court granted Plaintiff leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915.  (*See* Doc. # 24).  It is now

        ORDERED that, if appropriate, the Clerk of the Court shall attempt to obtain a waiver of service from Defendant Shawn Rogers, EMT/Health Technician at the FCC Florence.  If the Clerk is unable to do so, the United States Marshal shall serve a copy of the Amended Prisoner Complaint (Doc. # 14) and summons upon Defendant Shawn Rogers.  If appropriate, the Marshal shall first attempt to obtain a waiver of service of these documents pursuant to Fed. R. Civ. P. 4(d).  All costs of service shall be advanced by the United States.  It is

1

FURTHER ORDERED that after service of process, Defendant Shawn Rogers shall respond to the Amended Prisoner Complaint (Doc. # 14) as provided for in the Federal Rules of Civil Procedure.

Dated at Denver, Colorado this 26th day of June, 2012.

BY THE COURT:


 s/ Craig B. Shaffer
United States Magistrate Judge