**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 12-cv-00063-REB-CBS

BOB ALLEN CUSTARD,

     Plaintiff,

v.

DAVID ALLRED,
CLEMENTI,
BENJAMIN BRIESCHKE,
MARK COLLINS,
COOK,
BLAKE DAVIS,
ANDREW FENLON,
FOSTER,
J. JOHNSON,
KELLAR,
RICHARD MADISON,
MARK MUNSON,
T. MANSPEAKER,
ANTHONY OSAGIE,
P. RANGEL,
SMITH,
TENA SUDLOW,
C.A. WILSON,
BUREAU OF PRISONS,
HUDDLESTON,
MITCHELL,
STEVEN ROGERS,
VANAMAN, and
R. WILEY,

     Defendants.

---

**ORDER OVERRULING PLAINTIFF'S APPEAL TO DISTRICT JUDGE
ROBERT E. BLACKBURN FROM MAGISTRATE'S ORDER (DOC. 85)**

---

**Blackburn, J.**

The matter before me are the objections contained in **Plaintiff's Appeal to District Judge Robert E. Blackburn from Magistrate's Order (Doc. 85)** [#91][1] filed June 12, 2012.  I overrule the objections.

Plaintiffs' objection pertains to non-dispositive matters that have been referred to the magistrate judge for resolution.  Pursuant to 28 U.S.C. § 636(b) and Fed. R. Civ. P. 72(a), I may modify or set aside any portion of a magistrate judge's order which I find to be clearly erroneous or contrary to law.

Plaintiff is proceeding *pro se.* Thus, I have reviewed his filings more liberally than pleadings or papers filed by attorneys.  ***See, e.g., Erickson v. Pardus***, 551 U.S. 89, 94, 127 S.Ct. 2197, 2200, 167 L.Ed.2d 1081 (2007); ***Haines v. Kerner,*** 404 U.S. 519, 520-21, 92 S.Ct. 594, 596, 30 L.Ed.2d 652 (1972); ***Andrews v. Heaton***,  483 F.3d 1070, 1076 (10th Cir. 2007); ***Hall v. Bellmon***, 935 F.2d 1106, 1110 (10th Cir. 1991).

I have reviewed the magistrate judge's order and the apposite motion. I conclude that the magistrate judge's order is not clearly erroneous or contrary to law.

**THEREFORE, IT IS ORDERED** that the objections contained in **Plaintiff's Appeal to District Judge Robert E. Blackburn from Magistrate's Order (Doc. 85)** [#91] filed June 12, 2012, are **OVERRULED**.

Dated July 9, 2012, at Denver, Colorado.

**BY THE COURT:**

Robert E. Blackburn
United States District Judge

---

[1]  "[#91]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF).  I use this convention throughout this order.