IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-00063-REB-CBS

BOB ALLEN CUSTARD,
    Plaintiff,
v.

DAVID ALLRED, *et al.*,
    Defendants.

_____

ORDER
_____

Magistrate Judge Craig B. Shaffer

    This civil action comes before the court on the "Certificate of Service – and – Declaration Pursuant to 28 USC 1746" filed by Mr. Custard on September 6, 2012 (Doc. # 160). Pursuant to the Order of Reference dated March 2, 2012 (Doc. # 27) this civil action was referred to the Magistrate Judge. The court having reviewed Mr. Custard's filing and the entire case file and being sufficiently advised in the premises,

    IT IS ORDERED that the "Certificate of Service – and – Declaration Pursuant to 28 USC 1746" (filed on September 6, 2012) (Doc. # 160) is STRICKEN as impertinent, without prejudice to refiling in a form suitable for a federal court filing.

    DATED at Denver, Colorado, this 14th day of September, 2012.

                                   BY THE COURT:

                                   s/Craig B. Shaffer
                                   United States Magistrate Judge