IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-00063-REB-CBS

BOB ALLEN CUSTARD,
    Plaintiff,
v.

DAVID ALLRED, *et al.*,
    Defendants.

___

## ORDER

___

Magistrate Judge Craig B. Shaffer

    This civil action comes before the court on Plaintiff Bob Custard's Request for "Leave of Magistrate & Part-Time Defense Counsel C.B. Shaffer to File the Enclosed Objections to the 8/30/12 Status Conference" (filed on September 25, 2012) (Doc. # 165). Pursuant to the Order of Reference dated March 2, 2012 (Doc. # 27) and the memorandum dated September 25, 2012 (Doc. # 166), this matter was referred to the Magistrate Judge. The court having reviewed Mr. Custard's filing and the entire case file and being sufficiently advised in the premises,

    IT IS ORDERED that Mr. Custard's Request (filed on September 25, 2012) (Doc. # 165) is STRICKEN as impertinent, without prejudice to refiling in a form appropriate for a federal court filing.

    DATED at Denver, Colorado, this 25th day of September, 2012.

                                               BY THE COURT:

                                              s/Craig B. Shaffer
                                              United States Magistrate Judge