IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-00063-REB-CBS

BOB ALLEN CUSTARD,
    Plaintiff,
v.

DAVID ALLRED, *et al.*,
    Defendants.
_____

ORDER
_____

Magistrate Judge Craig B. Shaffer

    This civil action comes before the court on: (1) Mr. Custard's "Motion for Order or Instruction to the Court's Clerk to Insert the Provided Page 2(b) into the Complaint where it Was Omitted by the Clerk." Pursuant to the Order of Reference dated March 2, 2012 (Doc. # 27) and the memorandum dated November 13, 2012 (Doc. # 183), this matter was referred to the Magistrate Judge. The court having reviewed Mr. Custard's filing and the entire case file and being sufficiently advised in the premises, IT IS ORDERED that:

    Mr. Custard's Motion (filed on November 9, 2012) (Doc. # 182) is GRANTED. The court received an original paper copy of page 2(b) of the Amended Complaint (Doc. # 14) on February 3, 2012. Chambers staff has now scanned page 2(b). Mr. Custard's original page 2(b) is attached to this Order as a supplement to the Amended Complaint.

    DATED at Denver, Colorado, this 30th day of January, 2013.

                                     BY THE COURT:

                                       s/Craig B. Shaffer
                                       United States Magistrate Judge