IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| **Civil Action: 12-cv-00063-REB-CBS** | FTR - Reporter Deck-Courtroom A402 |
| **Date: February 8, 2013** | Courtroom Deputy: Robin Mason |

| *Parties:* | *Counsel:* |
|---|---|
| BOB ALLEN CUSTARD, | *Pro Se (appearing by telephone)* |
| Plaintiff, | |
| v. | |
| DAVID ALLRED, *et al*., | Timothy Bart Jafek |
| Defendants. | |

## COURTROOM MINUTES/MINUTE ORDER

**HEARING: MOTION HEARING**
**Court in Session:     1:32 p.m.**
Court calls case. Appearances of counsel.

Discussion between the court, Mr. Custard, and Mr. Richard Madison () regarding the location being used by Mr. Custard for this hearing.

The court addresses the parties regarding the defendant's MOTION to Dismiss for Failure to State a Claim, MOTION to Dismiss for Lack of Jurisdiction (Docket No. 97, filed on 6/18/2012), the plaintiff's MOTION For Court Appointed Medical Expert Hand Specialist and Combined Motion For Hearing Into Def's Non-Hand Specialist Deficient Examination (Docket No.150, filed on 8/20/2012), and the plaintiff's MOTION for Order or Instruction to Def. Counsel to Reset Their Case Heading to Reflect Their Own Pleadings of 'Shawn' Rogers Instead of "Steven" Rogers and to 'Brenda King' Instead of "Vanaman" (Docket No.153, 8/27/2012).

The court shall start with the defendant's MOTION to Dismiss for Failure to State a Claim, MOTION to Dismiss for Lack of Jurisdiction (Docket No. 97, filed on 6/18/2012).

Mr. Jafek presents oral argument and engages in discussion with the court. Relevant case law cited

Mr. Custard presents oral argument and engages in discussion with the court.

Further discussion between the court, Mr. Jafek, and Mr. Custard.  Relevant case law cited.

Discussion between the court and Mr. Custard regarding his conspiracy claim.  Relevant case law cited.  Discussion between the court and Mr. Custard regarding the courts proposed recommendation (to be issued in a separate written order) and  Rule 8.

The court moves on to the plaintiff's MOTION  For Court Appointed Medical Expert Hand Specialist and Combined Motion For Hearing Into Def's Non-Hand Specialist Deficient Examination (Docket No. 150, filed on 8/20/2012).

For reasons as stated on the record,

> **ORDERED:**   The court **DENIES** the plaintiff's MOTION For Court Appointed Medical Expert Hand Specialist and Combined Motion For Hearing Into Def's Non-Hand Specialist Deficient Examination (Docket No. 150, filed on 8/20/2012).

The court shall discuss the plaintiff's MOTION for Order or Instruction to Def. Counsel to Reset Their Case Heading to Reflect Their Own Pleadings of 'Shawn' Rogers Instead of "Steven" Rogers and to 'Brenda King' Instead of "Vanaman" (Docket No. 153, 8/27/2012).

> **ORDERED:**   As a result of the courts recommendation with respect to the defendant's MOTION to Dismiss for Failure to State a Claim, MOTION to Dismiss for Lack of Jurisdiction (Docket No. 97, filed on 6/18/2012), the plaintiff's MOTION for Order or Instruction to Def. Counsel to Reset Their Case Heading to Reflect Their Own Pleadings of 'Shawn' Rogers Instead of "Steven" Rogers and to 'Brenda King' Instead of "Vanaman" (Docket No. 153, 8/27/2012) is **MOOT**.

Discussion between the court and Mr. Custard regarding Mr. Custard being supplied with copies of the transcripts from today's hearing as well as the hearing held on February 4 , 2013.  The court informs Mr. Custard that he shall be provided with copies of the transcripts for both hearings.

Discussion between the court and Mr. Custard regarding the conditions of the area where he has to participate in telephone hearings with the court.

Discussion between the court and Mr. Custard regarding the plaintiff's MOTION for Ruling on #97 MOTION to Dismiss for Failure to State a Claim MOTION to Dismiss for Lack of Jurisdiction (Docket No. 186, filed on 1/7/2013).  Mr. Custard makes an oral motion to withdraw this motion.  The court grants Mr. Custards oral motion.

> **ORDERED:**   The court **WITHDRAWS** the plaintiff's MOTION for Ruling on #97 MOTION to Dismiss for Failure to State a Claim MOTION to Dismiss for Lack of Jurisdiction (Docket No. 186, filed on 1/7/2013).

For reasons as stated on the record,

**ORDERED:** The court **DENIES without prejudice** the plaintiff's RENEWED MOTION for Court Order Ordering the ADX Trust Fund Supervisor to Provide Plaintiff with a "Certified Account Statement" Each Month, or, for Hearing Into Why the Trust Fund Supervisor and/or [Defendant in this Action] ADX Delta Unit 'Counselor' Richard Madison Refuses to Deliver Same to RJF (Docket No.172, filed on 10/9/2012).

Discussion between the court and Mr. Custard regarding the plaintiff's MOTION for the Court's Permission to Rely Upon the Monthly Prison Trust Fund Account Statements Submissions to Satisfy Any Requirement and As Evidence He Is Financially Unable to Retain His Own Physician as Relates to His Motion to Appoint #150 (Docket No. 190, filed on 1/18/2013).

For reasons as stated on the record,

**ORDERED:** The court **DENIES** the plaintiff's MOTION for the Court's Permission to Rely Upon the Monthly Prison Trust Fund Account Statements Submissions to Satisfy Any Requirement and As Evidence He Is Financially Unable to Retain His Own Physician as Relates to His Motion to Appoint #150 (Docket No. 190, filed on 1/18/2013).

Discussion between the court and Mr. Custard regarding the defendant's MOTION to Dismiss for Failure to State a Claim (Docket No. 169, filed on 10/2/2012).

**ORDERED:** A copy of the transcript of today's hearing as well as the hearing held on February 4, 2013 shall be prepared as a rush request. Once it has been prepared, it shall be mailed out to Mr. Custard (along with the cited cases not available on Westlaw). Upon the filing of the transcript of these hearings, the court shall set a deadline of fourteen (14) days thereafter to file any Rule 72 objections.

Mr. Custard requests that when the court mails him this packet of documents, they use the envelop that has the Magistrate Judge's return address on it rather than the court's return address so that the mail will be opened in front of him and logged. The court agrees to do so.

HEARING CONTINUED.

**Court in recess**: 3:36 **p.m.**
Total time in court: 02:04

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.