IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Civil Case No. 12-cv-00063-REB-CBS

BOB ALLEN CUSTARD,

    Plaintiff,

v.

DAVID ALLRED,
CLEMENTI,
BENJAMIN BRIESCHKE,
MARK COLLINS,
COOK,
BLAKE DAVIS,
ANDREW FENLON,
FOSTER,
J. JOHNSON,
KELLAR,
RICHARD MADISON,
MARK MUNSON,
T. MANSPEAKER,
ANTHONY OSAGIE,
P. RANGEL,
SMITH,
TENA SUDLOW,
C.A. WILSON,
BUREAU OF PRISONS,
HUDDLESTON,
MITCHELL,
STEVEN ROGERS,
VANAMAN, and
R. WILEY,

    Defendants.

---

## ORDER OF DISMISSAL

**Blackburn, J.**

    The matter is before me on the plaintiff's **Notice of Voluntary Dismissal** [#198][1]

---

[1] "[#198]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this

filed February 14, 2013. After reviewing the notice, the corresponding response, and the record, I conclude that the notice should be approved and that this action should be dismissed without prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1. That plaintiff's **Notice of Voluntary Dismissal** [#198] filed February 14, 2013, is **APPROVED**;

2. That any pending motion is **DENIED** as moot; and

2. That this action is **DISMISSED** without prejudice.

Dated February 22, 2013, at Denver, Colorado.

**BY THE COURT:**

Bob Blackburn
Robert E. Blackburn
United States District Judge

---

convention throughout this order.